ORDER:
Motion granted.

*signature*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF:<br>SUMNER COUNTY BOARD OF EDUCATION<br><br>Plaintiff,<br><br>v.<br><br>L.D., A MINOR STUDENT, BY AND THROUGH HIS PARENTS, C.K. AND A.K., INDIVIDUALLY<br><br>Defendant. | Case No. 3:18-00613 |

**MOTION FOR LEAVE TO FILE SUMMONS UNDER SEAL**

Comes now Plaintiff Sumner County Board of Education ("SCBE") and respectfully moves this Honorable Court for leave to file the summons issued to Defendant L.D.'s parents C.K. and A.K. (Summons in a Civil Action) under seal. In support of this motion, Defendant SCBE states as follows:

1. This case involves the minor student L.D. L.D. has certain privacy rights pursuant to the Family Educational Rights and Privacy Act ("FERPA"), Health Insurance Portability and Accountability Act ("HIPPA"), the common law, and other confidentiality laws.

1